■ In the Matter of the Claim of JEFFREY L. SKINNER, Appellant. COMMISSIONER OF LABOR, Respondent. [1 NYS3d 873]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 16, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Garry, Devine and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.